UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

COREAN OMARUS BARNES

                Petitioner,

v.

DANIEL WHITE,

                Respondent.

No. C20-5357 RSM

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS MATTER is before the Court on Magistrate Judge Creatura's Report and Recommendation [Dkt. # 13], recommending denial of Petitioner's habeas petition, and dismissal with prejudice. Petitioner has not objected.

    (1)    The Report and Recommendation is **ADOPTED**;

    (2)    The petition is denied; and

    (3)    For the reasons articulated in the R&R, the Court will **NOT** issue a Certificate of Appealability AND petitioner's *in forma pauperis* status is revoked on appeal.

The Clerk is directed to send copies of this Order to Petitioner and to the Hon. J. Richard Creatura.

IT IS SO ORDERED.

\>

ORDER - 1

**DATED** this 30th day of September, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2